U.S. Department of Justice

*United States Attorney*
*Southern District of New York*
*Civil Division*

*c/o Social Security Administration  tel: (212) 264-0981*
*Office of the General Counsel*
*6401 Security Boulevard,*
*Baltimore, MD 21235*

February 6, 2025

**Via CM/ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: February 7, 2025

Re: *Shaday Caridad Diaz v. Acting Commissioner of Social Security*
    Civil Action No. 1:24-cv-09436-SDA
    Joint Letter Request for Extension of Deadlines

Dear Judge Aaron:

      This Office represents the Commissioner of Social Security (Commissioner), the Defendant in this matter. We write respectfully with Plaintiff to request an extension of the deadlines for filing the certified administrative record (CAR) and subsequent briefing in the above-referenced Social Security case, pursuant to the Standing Order, *In re Briefing of Social Security Cases*, M 10-46, issued on November 18, 2022 (the Standing Order).

      Pursuant to the Supplemental Rules for Social Security Actions effective December 1, 2022, the certified administrative record (CAR) is presently due to be filed as Defendant's answer by February 10, 2025, Plaintiff's brief is due on March 12, 2025, Defendant's brief is due on April 11, 2025 and Plaintiff's reply is due on April 25, 2025. *See* Supp. R 4, 6-8. Due to large caseloads, and in accordance with the Standing Order, the parties have conferred about a proposed modified and comprehensive schedule for future filings in this case. The parties respectfully request that the Court approve the following proposed schedule:

- the CAR shall be filed by March 27, 2025,
- Plaintiff's brief shall be filed by May 26, 2025;
- Defendant's brief shall be filed by July 25, 2025; and
- Plaintiff's reply shall be filed by August 15, 2025.

This is the first request for an extension of the filing deadlines in this case.

      We thank the Court for its consideration of this request.

        Respectfully submitted,

        DANIELLE R. SASSOON
        United States Attorney

BY:   *s/ Padma Ghatage*
        Padma Ghatage
        Special Assistant U.S. Attorney
        Office of Program Litigation, Office 2
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        (212) 264-0981
        padma.ghatage@ssa.gov


        *s/ Charles Binder*
        Charles E Binder
        Law Office of Charles E. Binder and Harry, LLP
        485 Madison Ave
        Ste 501
        New York, NY 10022
        212-677-6801
        Email: fedcourt@binderlawfirm.com